UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        *
        Plaintiff,

                              *Case  No:07-20996-CR-GOLD-BANDSTRA
v.
                              *

JUAN ALBERTO PAULA,

        Defendant.          *
_____/

## ORDER AS TO NEBBIA CONDITIONS

This matter having come before the Court upon the **STIPULATION OF COMPLIANCE WITH NEBBIA CONDITIONS** submitted by both government counsel and defense counsel of record and the Court having been fully advised in the premises,

**IT IS HEREBY ORDERED** that the Stipulation GRANTED and that JUAN ALBERTO PAULA, has complied with the Nebbia conditions imposed by this Honorable Court on February 8, 2008, and he may now be released according to the terms of his bond.

**ORDERED AND ADJUDGED:** This ___11th___ day of February, 2008.

                                            _____
                                            Honorable Stephen T. Brown
                                            United States District Court Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA   *
    Plaintiff,

                      *Case No: 07-20996-CR-GOLD-BANDSTRA

                      *

JUAN ALBERTO PAULA,

    Defendant.   *
_____/

### STIPULATION AS TO COMPLIANCE WITH NEBBIA CONDITIONS

**COME NOW**, the Department of Justice and the defendant **JUAN ALBERTO PAULA**, by and through their undersigned counsel, and advise the Court that the defendant has provided and the government has examined the documents and certified check for $2,500 of the person providing the required 10% deposit for the release of **JUAN ALBERTO PAULA**.

Israel Monteagudo has contributed $2,500 by way of a certified cashiers check from his Bank of America account made payable to the Clerk of Court for the United States District Court.

Israel Monteagudo has provided a Nebbia Affidavit reflecting his full name; his residence address; his social security number; his place of employment; the length of time at such employment; the name of his bank; the length of his banking relations with such bank; copies of his bank statements; his relationship to JUAN ALBERTO PAULA, and length of such relationship; his telephone number at home; and his telephone number at

1

work. The certified cashiers check bears the bank identification for the bank used.

WHEREFORE, both parties stipulate that the Nebbia condition imposed by this Honorable Court on February 8, 2008, as to **JUAN ALBERTO FAULA**, have been satisfied.

_____
AUSA O. Benton Curtis

_____
J.C. Codias, Esq.

2

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S)
# NOT SCANNED/SCANNED
## and are available in the
# SUPPLEMENTAL PAPER FILE

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 07-20996-CR-ASG

Date 3/6/08

- ☐ DUE TO POOR QUALITY
- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.) _____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD/TRANSCRIPT (Habeas Cases)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☒ OTHER = Pleading documents - contain personal information